UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DERWIN ALLISON, MICHAEL JOHNSON, and
GEORGE SCHIESS on behalf of themselves and on behalf
of all others similarly situated,

                            Plaintiffs,

     v.

KONICA MINOLTA BUSINESS SOLUTIONS U.S.A.,
INC.

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 1:11-cv-04192 (PGG)

FEDERAL RULE OF CIVIL PROCEDURE 7.1
CORPORATE DISCLOSURE STATEMENT

      Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Konica Minolta Business Solutions, U.S.A., Inc. ("KMBS"), state that KMBS is a wholly owned subsidiary of Konica Minolta Holdings, U.S.A., Inc. Neither entity has publicly traded securities.

Dated: August 10, 2011

                                    KONICA MINOLTA BUSINESS SOLUTIONS
                                    U.S.A., INC.


                                    By:   s/ Loren Gesinsky
                                        Loren Gesinsky

                                  Loren Gesinsky
                                  SEYFARTH SHAW LLP
                                  620 Eighth Avenue, 32nd floor
                                  New York, New York 10018
                                  lgesinsky@seyfarth.com
                                  (212) 218-5500

13640872v.1

                                      Timothy M. Watson
                                      SEYFARTH SHAW LLP
                                      700 Louisiana Street, Suite 3700
                                      Houston, TX 77002-2797
                                      twatson@seyfarth.com
                                      (713) 860-0065
                                      Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2011, I electronically filed the foregoing Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all parties registered to receive notice via that service.

s/ Loren Gesinsky
Loren Gesinsky

13640872v.1