UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
:
DERWIN ALLISON, MICHAEL JOHNSON, and :
GEORGE SCHIESS on behalf of themselves and on behalf : No. 1:11-cv-04192 (PGG)
of all others similarly situated, :
: **ECF CASE**
                  Plaintiffs, :
:
    v. :
:
KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., :
INC. :
:
                  Defendant. :
:
----------------------------------------x

## **DEFENDANT'S MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Timothy M. Watson, hereby move this Court for an order for admission to practice *pro hac vice* as counsel for Defendant Konica Minolta Business Solutions U.S.A., Inc. in the above-captioned action.

    I am a member in good standing of the bar of the state of Texas, and there are no pending disciplinary proceedings against me in any state or federal court.

    Attached as Exhibit A is a Certificate of Good Standing from the Bar of the state of Texas. A proposed Order for Admission *Pro Hac Vice* on Written Motion is attached hereto as Exhibit B.

Dated: New York, New York
       August 9, 2011

                                        SEYFARTH SHAW LLP

                                        By: _____
                                            Timothy M. Watson
                                        700 Louisiana Street
                                        Suite 3700
                                        Houston, TX 77002-2797
                                        Phone: (713) 860-0065
                                        Fax: (713) 821-0660
                                        twatson@seyfarth.com
                                        Attorneys for Defendant

# EXHIBIT A

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

August 05, 2011

RE: **Mr. Timothy Mitchell Watson**
State Bar Number - **20963575**

To Whom it May Concern:

This is to certify that Mr. Timothy Mitchell Watson was licensed to practice law in Texas on November 02, 1990 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/fg



# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x
: 
DERWIN ALLISON, MICHAEL JOHNSON, and :
GEORGE SCHIESS on behalf of themselves and on behalf : No. 1:11-cv-04192 (PGG)
of all others similarly situated, :
: **ECF CASE**
Plaintiffs, :
:
v. :
:
KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., :
INC. :
:
Defendant. :
:
---------------------------------------------x

## **ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

The motion of Timothy M. Watson for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Texas, and that his contact information is as follows:

Timothy M. Watson
SEYFARTH SHAW LLP
700 Louisiana Street
Suite 3700
Houston, TX 77002-2797
Phone: (713) 860-0065
Fax: (713) 821-0660
E-mail: twatson@seyfarth.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Konica Minolta Business Solutions U.S.A., Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.

13634638v.1

All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated:

_____
The Honorable Judge Paul G. Gardephe
United States District Judge

## **CERTIFICATE OF SERVICE**

I certify that on August 18, 2011, I caused to be served a true and correct copy of the foregoing Defendant's Motion for Admission of Counsel *Pro Hac Vice*, and proposed order by U.S. mail, postage pre-paid, on the following attorney of record:

>Daniel M. Kirschenbaum, Esq.
>Joseph, Herzfeld, Hester, & Kirschenbaum
>233 Broadway, 5th Floor
>New York, NY 10017

*(signature)*
Loren Gesinsky